PHILLIP A. TALBERT
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED
May 28, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF:<br><br>1321 ½ S. Central Ave, Lodi, California 95240 | CASE NO.  2:21-SW-0371-DB<br><br>[PROPOSED] ORDER FOR LIMITED UNSEALING AND DISCLOSURE<br><br>**UNDER SEAL** |
|---|---|

    Upon application of the United States for an order authorizing the limited unsealing of the search warrant and underlying application, affidavit, and return in this case,

    IT IS ORDERED that a copy of the search warrant and underlying application, affidavit, and return in the above-captioned matter will be subjected to limited unsealing for the purpose of disclosure to counsel for Defendant Vincent Vasquez as discovery in Case No. 2:21-MJ-0072-DB.

    IT IS FURTHER ORDERED that the United States' Motion and this Order be sealed, that this search warrant matter (Case No. 2:21-SW-0371-DB) remain under seal otherwise, and that certified copies of this Order be provided by the Clerk of Court to the United States Attorney's Office.

Dated:  May 28, 2021

HON. JEREMY D. PETERSON
United States Magistrate Judge