| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | DAVID W. SPENCER<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile:  (916) 554-2900 |

**FILED**
May 17, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF:<br><br>1321 ½ S. Central Ave, Lodi, California 95240 | CASE NO.  2:21-SW-0371-DB<br><br>ORDER TO UNSEAL SEARCH WARRANT |
|---|---|

Upon application of the United States and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be unsealed.

Dated: 05/17/2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL